**Paula A. Barran,** OSB No. 80397
pbarran@barran.com
**Brenda K. Baumgart,** OSB No. 99216
bbaumgart@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile: (503) 274-1212
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GREGORY JACKSON, | CV. 06-1578-HU |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL** |
| XEROX CORPORATION, | |
| Defendant. | |

Based upon the stipulation of the parties,

/ / /

/ / /

/ / /

Page 1 - STIPULATED JUDGMENT OF DISMISSAL

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs or fees to any party.

DATED this _____ day of _____, 2007.

By _____
The Honorable Dennis J. Hubel

**IT IS SO SIPULATED:**

BARRAN LIEBMAN LLP

DATED: 7/24/07

By _____
Paula A. Barran, OSB No. 80397
Brenda K. Baumgart, OSB No. 99216
Attorneys for Defendant

BENNETT HARTMAN MORRIS & KAPLAN LLP

DATED: 7/24/07

By _____
Aruna A. Masih, OSB No. 973241
Attorney for Plaintiff

Page 2 - STIPULATED JUDGMENT OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2007, I served the foregoing **STIPULATED JUDGMENT OF DISMISSAL** on the following parties at the following addresses:

Aruna A. Masih
Bennett, Hartman, Morris & Kaplan, LLP
111 SW 5th Ave., Ste. 1650
Portland, OR  97204-3627

by causing the same to be: ☑ mailed   ☐ hand delivered   ☐ faxed   ☐ e-mailed to them a true and correct copy thereof.

*Brenda K. Baumgart* (signature)
Brenda K. Baumgart